Marilyn Raia, SBN 072320
E-mail:marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Siemens Industry Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY INC., | Case No.: 2:17-CV-02110-TLN-EFB |
| Plaintiff, | **STIPULATION AND ORDER RE MOTION TO DISMISS** |
| vs. | |
| AMERICAN HEAVY MOVING AND RIGGING, INC., | |
| Defendant. | |

The parties hereby request and stipulate that the Court continue the hearing on

defendant's motion to dismiss the second and third causes of action of plaintiff's complaint

from December 14, 2017 at 2:00 PM to January 25, 2018 at 2:00 PM with plaintiff's opposition

to be filed on or before January 11, 2018 and defendant's reply to be filed on or before

January 18, 2018.

DATED: November 21, 2017

                              BULLIVANT HOUSER BAILEY PC


                              By    /s/
                                    Marilyn Raia

                              Attorneys for Plaintiff
                              Siemens Industry Inc.

///

1    DATED:  November 21, 2017

2                                                        MULLEN & HENZELL L.L.P.

3

4                                                        By  /s/
                                                              Jared M. Katz
5
                                                        Attorneys for Defendant
6                                                        American Heavy Moving and Rigging, Inc.

7

8

9             SO ORDERED.

10

11   DATED:   November 27, 2017

12

13

14                                                       Troy L. Nunley
                                                         United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28