1  Marilyn Raia, SBN 072320
   E-mail:marilyn.raia@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   101 Montgomery Street, Suite 2600
3  San Francisco, CA 94104
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Plaintiff
   Siemens Industry Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HEAVY MOVING AND RIGGING, INC., <br><br> Defendant. | Case No.: 2:17-CV-02110-TLN-EFB <br><br> **AMENDED STIPULATION AND ORDER RE MOTION TO DISMISS** |

The parties hereby request and stipulate that the Court continue the hearing on defendant's motion to dismiss the second and third causes of action of plaintiff's complaint from December 14, 2017 at 2:00 PM to January 25, 2018 at 2:00 PM with plaintiff's opposition to be filed on or before January 5, 2018 and defendant's reply to be filed on or before January 18, 2018.

DATED: November 21, 2017

                                          BULLIVANT HOUSER BAILEY PC


                                          By  /s/
                                                Marilyn Raia

                                          Attorneys for Plaintiff
                                          Siemens Industry Inc.

///

DATED: November 21, 2017

MULLEN & HENZELL L.L.P.

By /s/
Jared M. Katz

Attorneys for Defendant
American Heavy Moving and Rigging, Inc.

SO ORDERED.

DATED: November 27, 2017

Troy L. Nunley
United States District Judge