Marilyn Raia, SBN 072320
E-mail:marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Siemens Industry Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY INC., | Case No.: 2:17-cv-02110-TLN-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN HEAVY MOVING AND RIGGING, INC., | |
| Defendant. | |

The Court has received and reviewed the "Request for Order for Conditional Dismissal". Good cause appearing therefor, it is hereby ordered:

1. This action is dismissed without prejudice, each side to bear its own attorneys' fees and costs on the condition that if any party shall certify to the Court within ninety days of the date of this order, with proof of service of a copy on the other party, that the execution of the settlement agreement and payment of settlement funds have not been concluded, the dismissal shall stand vacated and the case shall be restored to the Court's calendar for further proceedings.

2. If the terms of the settlement agreement have been agreed upon, the settlement agreement executed, and the settlement funds paid before the expiry of ninety days

after the date of this order, Plaintiff shall file a request for dismissal of the action with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 8, 2019

_____
Troy L. Nunley
United States District Judge